**Starsha M. SEWELL, A Natural Person and Resident of Maryland on behalf of Herself and Her African American Son's, Plaintiff-Appellant,**

v.

**Deborah K. CHASANOW, A Natural Person, acting as a Federal Judge In the United States of America, Defendant-Appellee.**

No. 16-2294

United States Court of Appeals, Fourth Circuit.

Submitted: March 3, 2017

Decided: March 8, 2017

Starsha M. Sewell, Appellant Pro Se.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this civil action and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Chasanow, No. 1:16-cv-03256-JKB, 2016 WL 5456387 (D. Md. Sept. 29, Oct. 7, Oct. 17 & Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED